# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM H. ZURAKOV & LAURA A. ZURAKOV  Case Number: 05-74616
331 CHARLOTTE AVENUE   SSN-xxx-xx-6667 & xxx-xx-8597
CRYSTAL LAKE, IL  60014

Case filed on: 9/7/2005
Plan Confirmed on: 3/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,477.02     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | WILLIAM H. ZURAKOV | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 16,612.39 | 12,000.00 | 2,633.00 | 1,674.79 |
| 002 | WELLS FARGO BANK N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK N.A. | 24,257.30 | 7,108.42 | 7,108.42 | 0.00 |
|  | Total Secured | 40,869.69 | 19,108.42 | 9,741.42 | 1,674.79 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 0.00 | 4,612.39 | 0.00 | 0.00 |
| 004 | US DEPARTMENT OF EDUCATION | 2,066.76 | 2,066.76 | 0.00 | 0.00 |
|  | Total Unsecured | 2,066.76 | 6,679.15 | 0.00 | 0.00 |
|  | Grand Total: | 45,136.45 | 27,987.57 | 11,941.42 | 1,674.79 |

Total Paid Claimant:       $13,616.21
Trustee Allowance:         $860.81        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008        By  /s/Heather M. Fagan